# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| **TRACEY TALBOTT AND AARON TALBOTT ON BEHLAF OF THEIR MINOR CHILD T.T.** | **CASE NO.  2:23-CV-00767** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **TEXAS ENTERPRISES, INC., ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## <u>JUDGMENT</u>

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiffs' Motion to Remand (Rec. Doc. 13) is hereby DENIED.

**THUS DONE AND SIGNED** in Chambers on the 20th day of March, 2024.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**